Harold C. Moist, Appellee, v. Paul F. Jones, Director of Insurance of Illinois, Appellant.

Gen. No. 42,699.

opinion filed May 23, 1944; opinion modified June 7, 1944. George F. Barrett, Attorney General, for appellant; William C. Wines, Assistant Attorney General, of counsel; Hinshaw & Culbertson, for appellee; Oswell G. Treadway, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.